United States District Court

Eastern District of California

Orlando Scott Martin,

    Petitioner,    No. Civ. S 05-1113 GEB PAN P

  vs.    Order

Jeanne S. Woodford, et al.,

    Respondents.

-oOo-

    August 4, 2004, respondent requested an extension of time to respond. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: August 16, 2005.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge